E-Filing

1  GREGORY C. LOARIE, CA Bar 215859
   DEBORAH S. REAMES, CA Bar 117257
2  Earthjustice
   426 17th Street, 5th Floor
3  Oakland, CA 94612
   Telephone: (510) 550-6725
4  Facsimile:  (510) 550-6749
5
6  Attorneys for Plaintiffs

FILED
JUL 2 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,   )   Case No: C 04-1861 VRW
                                              )
              Plaintiffs,                     )
                                              )   STIPULATION OF DISMISSAL
       v.                                     )
                                              )   and
NORTON, *et al.*,                             )
                                              )   [PROPOSED] ORDER
              Federal Defendants,             )
                                              )
       and                                    )
                                              )
AMERICAN FOREST & PAPER ASS'N, *et al.*,      )
                                              )
              Defendant-Intervenors.          )
                                              )

Stipulation of Dismissal and [Proposed] Order – C 04-1861 VRW

By this action, which challenges Federal Defendants' February 14, 2003 12-month finding under Section 4(b)(3)(B) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1533(b)(3)(B), that the California spotted owl does not warrant listing as a threatened or endangered species, Plaintiffs sought an order from this Court requiring Federal Defendants to prepare a new 12-month finding for the owl. On June 21, 2005, Federal Defendants published a finding under Section 4(b)(3)(A) of the ESA, 16 U.S.C. § 1533(b)(3)(A), for a new petition submitted by Plaintiffs on September 1, 2004, concluding that the new petition presented substantial scientific or commercial information indicating that listing the owl as threatened or endangered may be warranted. *See* 70 Fed. Reg. 35,607. Accordingly, Federal Defendants have begun a review of owl's status and intend to make a new 12-month finding for the species as required by Section 4(b)(3)(B).

In light of the foregoing, the parties, by and through their undersigned counsel of record, hereby stipulate, subject to the Court's order, as follows:

1. In the interest of judicial economy, this case should be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1);

2. The Further Case Management Conference currently scheduled for July 26, 2005 should be taken off calendar; and

3. The 14-day deadline for filing a motion for an award of attorneys' fees and costs under Federal Rule of Civil Procedure 54(d)(2)(B) and Civil Local Rule 54(a) should be extended by 31 days so that Plaintiffs and Federal Defendants may meet and confer and attempt to settle the matter of the amount of attorneys' fees and costs, if any, payable to Plaintiffs in this case. Nothing in this Stipulation should be construed as a waiver of Federal Defendants' right to contest Plaintiffs' entitlement to attorneys' fees and costs in this case.

Respectfully submitted,

Dated: July 20, 2005

/s/
GREGORY C. LOARIE
DEBORAH S. REAMES

Attorneys for Plaintiffs

```
 1                                        KEVIN V. RYAN, CA Bar 118321
                                          United States Attorney
 2                                        CHARLES O'CONNOR, CA Bar 56320
                                          Assistant United States Attorney
 3                                        10th Floor Federal Building, Box 36055
                                          450 Golden Gate Avenue
 4                                        San Francisco, CA 94102
 5
 6                                        KELLY A. JOHNSON
                                          Acting Assistant Attorney General
 7                                        United States Department of Justice
                                          Environment & Natural Resources Division
 8                                        JEAN E. WILLIAMS, Chief
                                          LISA LYNNE RUSSELL, Assistant Chief
 9
10
11  Dated: July 20, 2005                  /s/ Kristen Byrnes Floom (approved 7/2/05)
                                          KRISTEN BYRNES FLOOM
12                                        Trial Attorney, D.C. Bar 469615
                                          United States Department of Justice
13                                        Environment & Natural Resources Division
                                          Wildlife & Marine Resources Section
14                                        Benjamin Franklin Station, P.O. Box 7369
                                          Washington, D.C. 20044-7369
15                                        Tel.: (202) 305-0340 / Fax: (202) 305-0275
16
17                                        Attorneys for Federal Defendants
18
19  Dated: July 20, 2005                  /s/ J. Michael Klise (approved 7/20/05)
                                          J. MICHAEL KLISE, pro hac vice
20                                        STEVEN P. QUARLES, D.C. Bar 351668
                                          THOMAS R. LUNDQUIST, D.C. Bar 968123
21                                        Crowell & Moring LLP
                                          1001 Pennsylvania Avenue, N.W.
22                                        Washington, D.C. 20004-2595
23                                        Tel.: (202) 624-2500 / Fax: (202) 628-5116
24                                        DAVID H. DUN, CA Bar 70711
                                          Dun & Martinek LLP
25                                        2313 I Street (zip 95501)
                                          P.O. Box 1266
26                                        Eureka, CA 95502
                                          Tel.: (707) 442-3791 / Fax: (707) 442-9251
27
28                                        Attorneys for Defendant-Intervenors
```

Stipulation of Dismissal and [Proposed] Order – C 04-1861 VRW                    2

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS ORDERED that this case is dismissed. The Further Case Management Conference currently scheduled for July 26, 2005 is taken off calendar. Plaintiffs shall have 45 days from the entry of this order to file any motion for attorneys' fees and costs, for resolution by this Court.

DATED: 25 JUL 2005

HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE