E-filing

1  GREGORY C. LOARIE, CA Bar 215859
   DEBORAH S. REAMES, CA Bar 117257
2  Earthjustice
   426 17th Street, 5th Floor
3  Oakland, CA 94612
   Telephone: (510) 550-6725
4  Facsimile:  (510) 550-6749

FILED

AUG 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiffs

9              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

12  CENTER FOR BIOLOGICAL DIVERSITY, et al.,   )   Case No: C 04-1861 VRW
                                                )
13          Plaintiffs,                         )
                                                )   STIPULATION
14      v.                                      )
                                                )   and
15  NORTON, et al.,                             )
                                                )   [PROPOSED] ORDER
16          Federal Defendants,                 )
                                                )   RE: BRIEFING AND HEARING SCHEDULE
17      and                                     )   FOR PLAINTIFFS' MOTION FOR
                                                )   ATTORNEYS' FEES
18  AMERICAN FOREST & PAPER ASS'N, et al.,      )
                                                )
19          Defendant-Intervenors.              )
                                                )

21                               **STIPULATION**

22      Pursuant to the stipulation of Plaintiffs and Federal Defendants, by Order filed on July 25,

23  2005, this Court provided that Plaintiffs would have 45 days from the date of that Order – i.e., to

24  September 8, 2005 – to file any motion for attorneys' fees and costs ("Fees Motion") in connection

25  with this action. This constituted a 31-day extension of the 14-day deadline for filing such a motion

26  under Federal Rule of Civil Procedure 54(d)(2)(B) and Civil Local Rule 54(a).

27      The parties have determined that there is insufficient time under the present schedule for

28  them to fully explore the possibility of settling Plaintiffs' claim for fees and costs. For that reason,

1  and to accommodate the schedules of counsel, including the honeymoon of lead counsel for
2  Plaintiffs, Plaintiffs and Federal Defendants stipulate to and request the Court to order the filing and
3  briefing of Plaintiffs' claim, if necessary, according to the following schedule:

4      September 30, 2005    Plaintiffs file Fees Motion
5      October 28, 2005    Federal Defendants file opposition
6      November 18, 2005    Plaintiffs file reply

7  and Plaintiffs and Federal Defendants further propose that Plaintiffs' motion, if any, be heard by the
8  Court at 2:00 p.m. on December 8, 2005, or as soon thereafter as the Court's calendar may
9  accommodate.

10      There have been no other modifications of the deadline for the filing Plaintiffs Motion other
11  than the July 25, 2005 Order of this Court. This extension would have no effect on the schedule for
12  the case, other than delaying the litigation, if necessary, of Plaintiffs' Fees Motion.

### DECLARATIONS

Undersigned counsel hereby declare that the above statements are true and correct to the best of their knowledge.

Respectfully submitted,

Dated: August 19, 2005

/s/ Deborah Reames
DEBORAH S. REAMES, CA Bar 117257
GREGORY C. LOARIE, CA Bar 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Facsimile: (510) 550-6749

Attorneys for Plaintiffs

Dated: August 19, 2005

/s/ Kristen Byrnes Floom (approved 8/19/05)
KRISTEN BYRNES FLOOM
Trial Attorney, D.C. Bar 469615
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel.: (202) 305-0340 / Fax: (202) 305-0275

KEVIN V. RYAN, CA Bar 118321
United States Attorney
CHARLES O'CONNOR, CA Bar 56320
Assistant United States Attorney
10th Floor Federal Building, Box 36055
450 Golden Gate Avenue
San Francisco, CA 94102

KELLY A. JOHNSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

Attorneys for Federal Defendants

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, the briefing and hearing schedule set forth above is ORDERED.

DATED: _____

_____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE