1  KEVIN V. RYAN, United States Attorney (CA Bar No. 118321)
   CHARLES M. O'CONNOR, Assistant United States Attorney (CA Bar No. 56320)
2  10th Floor Federal Building, Box 36055
   450 Golden Gate Avenue
3  San Francisco, California 94102

4  SUE ELLEN WOOLDRIDGE
   Assistant Attorney General
5  United States Department of Justice
   Environment & Natural Resources Division
6  JEAN E. WILLIAMS, Chief
   LISA LYNNE RUSSELL, Assistant Chief
7  KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
   United States Department of Justice
8  Environment & Natural Resources Division
   Wildlife and Marine Resources Section
9  Benjamin Franklin Station, P.O. Box 7369
   Washington, DC 20044-7369
10 Telephone: (202) 305-0340
   Facsimile: (202) 305-0275

11 Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GALE A. NORTON, in her official capacity as Secretary of the Interior, and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service,<br><br>Defendants,<br><br>and<br><br>AMERICAN FOREST & PAPER ASSOCIATION, CALIFORNIA FORESTRY ASSOCIATION, and SIERRA PACIFIC INDUSTRIES,<br><br>Defendant-Intervenors. | Case No. C-04-1861 (VRW) (BZ)<br><br>**FEDERAL DEFENDANTS' NOTICE OF EXTENSION OF COMPLETION DATE FOR TWELVE-MONTH FINDING ON PLAINTIFFS' UPDATED PETITION TO LIST THE CALIFORNIA SPOTTED OWL** |

GRANTED

Judge Vaughn R Walker

Dated: February 22, 2006

**FEDERAL DEFENDANTS' NOTICE OF EXTENSION OF
COMPLETION DATE FOR TWELVE-MONTH FINDING**

Federal Defendants hereby notify the Court that the United States Fish & Wildlife Service ("FWS"), with the consent of Plaintiffs, will extend by two months its target date for completion of a twelve-month finding on Plaintiffs' Updated Petition to list the California spotted owl (*Strix occidentalis occidentalis*) as a threatened or endangered species (September 1, 2004) ("Updated Petition").

In response to the Court's March 8, 2005, Amended Order to Show Cause (Dkt. No. 60), FWS evaluated its ability to complete its review of Plaintiffs' Updated Petition. FWS determined that it could complete a substantial information (or "90-day") finding for the Updated Petition by June 13, 2005. See Second Declaration of Elizabeth H. Stevens (Dkt. No. 62, Attachment 1) ("Second Stevens Decl.") ¶ 4. FWS further determined that, if it found that the petition did present substantial information that listing is warranted ("positive 90-day finding"), see 16 U.S.C. § 1533(b)(3)(A), it could then complete a twelve-month finding for the Updated Petition, pursuant to 16 U.S.C. § 1533(b)(3)(B), by March 14, 2006. See Second Stevens Decl. at ¶ 4.

On June 21, 2005, FWS issued a positive 90-day finding and initiated a status review of the species. 70 Fed. Reg. 35607 (June 21, 2005). In the course of its status review, FWS has become aware of a recent analysis of California spotted owl demography and population status. A draft report containing the results of the analysis is expected to be available in February 2006. FWS has determined that the information from this report should be considered as part of the status review, and thus proposes to extend the status review by two months, issuing the twelve-month finding on May 15, 2006. Plaintiffs and Defendant-Intervenors have stated that they do not oppose this extension of the target date for completion of the status review.

Fed. Defs. Notice of Extension
of Completion Date for Twelve-Month Finding    - 2 -

| | |
|---|---|
| Dated: February 15, 2006 | Respectfully submitted, |
| | SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division<br>JEAN E. WILLIAMS, Chief<br>LISA LYNNE RUSSELL, Assistant Chief |
| | /s/ Kristen Byrnes Floom<br>KRISTEN BYRNES FLOOM, Trial Attorney<br>DC Bar No. 469615<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, DC 20044-7369<br>Telephone: (202) 305-0340<br>Facsimile: (202) 305-0275<br>Kristen.Floom@usdoj.gov |

Of Counsel:
Kerry A. O'Hara
U.S. Department of the Interior
Office of the Solicitor
Pacific Southwest Regional Office
2800 Cottage Way, Room E-1712
Sacramento, CA 95825-1890

*Attorneys for Federal Defendants*

Fed. Defs. Notice of Extension
of Completion Date for Twelve-Month Finding     - 3 -